**Anthony Deonta THOMAS, Plaintiff-Appellant,**

**v.**

**Donald J. TRUMP, Defendant-Appellee.**

**No. 17-1243**

United States Court of Appeals, Fourth Circuit.

Submitted: June 20, 2017

Decided: June 22, 2017

Anthony Deonta Thomas, Appellant Pro Se.

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Anthony Deonta Thomas appeals the district court's order dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Thomas v. Trump*, No. 3:17-cv-00065-GCM (W.D.N.C., Feb. 16, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*